NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5002

MICHAEL TELEMAQUE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case 08-CV-007, Senior Judge Loren A. Smith.

ON MOTION

PER CURIAM.

## O R D E R

Michael Telemaque moves for reconsideration of the court January 15, 2009 order dismissing his appeal for failure to pay the court's docketing fee and also submits various documents.

In response to the dismissal order, Telemaque does not state that he will pay the docketing fee or move for leave to proceed in forma pauperis. Telemaque states that he does not "consent to these proceedings."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAR 2 5 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:   Michael Telemaque
      Gregg M. Schwind, Esq.
s19